SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Goodman (State Bar No. 154692)
David A. Gabianelli (State Bar No. 158170)
Julie E. Schwartz (State Bar No. 260624)
One Maritime Plaza, Suite 300
San Francisco, CA 94111
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
Email: mgoodman@ssd.com
Email: dgabianelli@ssd.com
Email: jeschwartz@ssd.com

Attorneys for Defendants
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE PHARMACEUTICALS INC. and
MCKESSON CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADINE CAMARA, an individual; CHRISTINE DAVIS, an individual; STEPHANIE DOBBS, an individual; MICHELLE COTTRILL, an individual; and JENNIFER WILKINS, an individual, <br><br>Plaintiffs, <br><br>vs. <br><br>BAYER CORPORATION CORPORATION, an Indiana corporation; BAYER HEALTHCARE PHARMACEUTICALS INC., a Delaware corporation; BAYER HEALTHCARE LLC, a Delaware limited liability company; BERLEX LABORATORIES INTERNATIONAL, INC., a Delaware corporation; BAYER SCHERING PHARMA AG, a German corporation; BAYER AG, a German corporation; SCHERING AG, a German corporation; MCKESSON CORPORATION, a Delaware corporation; and DOES 1-50, <br><br>Defendants. | Case No. C 09-06084 EMC <br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** ; ORDER |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

Plaintiffs Nadine Camara, Christine Davis, Stephanie Dobbs, Michelle Cottrill, and Jennifer Wilkins ("Plaintiffs") and Defendants Bayer Corporation, Bayer HealthCare LLC, Bayer HealthCare Pharmaceuticals Inc. and McKesson Corporation (collectively, "Defendants") by and through their respective counsel, enter into the following Stipulation:

WHEREAS, Plaintiffs' Complaint was filed on November 30, 2009;

WHEREAS, Defendants removed the Complaint to this Court on December 30, 2009;

WHEREAS, responses currently are due from Defendants on January 6, 2010;

WHEREAS, Defendants issued a letter dated January 5, 2010 identifying this matter as a tag-along action in connection with MDL No. 2100 pending in the United States District Court for the Southern District of Illinois;

WHEREAS, an extension of time to respond to the Complaint is warranted for counsel to discuss the disposition of this case and attempt to reach agreement on how it will be handled going forward;

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE, Defendants shall have until January 13, 2010 to respond to Plaintiffs' Complaint.

IT IS SO STIPULATED.

Dated: January 6, 2010

| GIRARDI KEESE | SQUIRE, SANDERS & DEMPSEY LLP |
|---|---|
| *Amy Fisch Solomon* /JES | *Julie E. Schwartz* |
| Amy Fisch Solomon | Julie E. Schwartz |
| Attorneys for Plaintiffs<br>NADINE CAMARA,<br>CHRISTINE DAVIS,<br>STEPHANIE DOBBS,<br>MICHELLE COTTRILL, and<br>JENNIFER WILKINS | Attorneys for Defendants<br>BAYER CORPORATION,<br>BAYER HEALTHCARE LLC,<br>BAYER HEALTHCARE<br>PHARMACEUTICALS INC. and<br>MCKESSON CORPORATION |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____1/11/10_____

_____
HONORABLE EDWARD M. CHEN
United States Magistrate Judge

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

SANFRANCISCO/331604.1