1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   Mark C. Goodman (State Bar No. 154692)
2  David A. Gabianelli (State Bar No. 158170)
   Julie E. Schwartz (State Bar No. 260624)
3  One Maritime Plaza, Suite 300
   San Francisco, CA 94111
4  Telephone:  +1.415.954.0200
   Facsimile:  +1.415.393.9887
5  Email:      mgoodman@ssd.com
   Email:      dgabianelli@ssd.com
6  Email:      jeschwartz@ssd.com

7  Attorneys for Defendants
   BAYER CORPORATION,
8  BAYER HEALTHCARE LLC,
   BAYER HEALTHCARE PHARMACEUTICALS INC. and
9  MCKESSON CORPORATION

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13  NADINE CAMARA, an individual;                Case No. C 09-06084 EMC
    CHRISTINE DAVIS, an individual;
14  STEPHANIE DOBBS, an individual;              **STIPULATION EXTENDING TIME TO
    MICHELLE COTTRILL, an individual; and        RESPOND TO COMPLAINT** ; ORDER
15  JENNIFER WILKINS, an individual,

16                     Plaintiffs,

17       vs.

18  BAYER CORPORATION
    CORPORATION, an Indiana corporation;
19  BAYER HEALTHCARE
    PHARMACEUTICALS INC., a Delaware
20  corporation; BAYER HEALTHCARE LLC,
    a Delaware limited liability company;
21  BERLEX LABORATORIES
    INTERNATIONAL, INC., a Delaware
22  corporation; BAYER SCHERING
    PHARMA AG, a German corporation;
23  BAYER AG, a German corporation;
    SCHERING AG, a German corporation;
24  MCKESSON CORPORATION, a Delaware
    corporation; and DOES 1-50,
25

26                     Defendants.

27

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.        STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT - CASE NO. C 09-06084 EMC
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

Plaintiffs Nadine Camara, Christine Davis, Stephanie Dobbs, Michelle Cottrill, and Jennifer Wilkins ("Plaintiffs") and Defendants Bayer Corporation, Bayer HealthCare LLC, Bayer HealthCare Pharmaceuticals Inc. and McKesson Corporation (collectively, "Defendants") by and through their respective counsel, enter into the following Stipulation:

WHEREAS, Plaintiffs' Complaint was filed on November 30, 2009;

WHEREAS, Defendants removed the Complaint to this Court on December 30, 2009;

WHEREAS, responses currently are due from Defendants on January 6, 2010;

WHEREAS, Defendants issued a letter dated January 5, 2010 identifying this matter as a tag-along action in connection with MDL No. 2100 pending in the United States District Court for the Southern District of Illinois;

WHEREAS, an extension of time to respond to the Complaint is warranted for counsel to discuss the disposition of this case and attempt to reach agreement on how it will be handled going forward;

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE, Defendants shall have until January 13, 2010 to respond to Plaintiffs' Complaint.

IT IS SO STIPULATED.

Dated: January 6, 2010

| GIRARDI KEESE | SQUIRE, SANDERS & DEMPSEY LLP |
|---|---|
| *Amy Fisch Solomon* /JES | *Julie E. Schwartz* |
| Amy Fisch Solomon | Julie E. Schwartz |
| Attorneys for Plaintiffs NADINE CAMARA, CHRISTINE DAVIS, STEPHANIE DOBBS, MICHELLE COTTRILL, and JENNIFER WILKINS | Attorneys for Defendants BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE PHARMACEUTICALS INC. and MCKESSON CORPORATION |

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT - CASE NO. C 09-06084 EMC

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  DATED: _____1/11/10_____

4  _____
   HONORABLE EDWARD M. CHEN
   United States Magistrate Judge

5  SANFRANCISCO/331604.1

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]*

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

-2-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT TO
JANUARY 13, 2010 - CASE NO. C 09-06084 EMC